UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Civil Action No. 5:16-CV-000107-TBR

MARILYN CIMA                                                                                                                  PLAINTIFF

VS.

MEDTRONIC, INC.                                                                                   DEFENDANT

---

## AGREED ORDER OF DISMISSAL
---

Comes now the Plaintiff, Marilyn Cima, and the Defendant, Medtronic, Inc., jointly and through counsel, and hereby inform the Court that all matters in controversy between them in the above-styled case have now been resolved; and as evidenced by the signatures of their attorneys below, Plaintiff and Defendant hereby request that this action be dismissed with prejudice as to all parties and all claims, with each party bearing its own respective cost and attorney's fees incurred herein.

NOW, THEREFORE, the Court being otherwise sufficiently advised in the premises,

IT IS HEREBY ORDERED AND ADJUDGED that all claims, counterclaims and/or other claims asserted herein by Plaintiff and/or Defendant, or that could have been asserted herein by Plaintiff and/or Defendant, are dismissed with prejudice. Each party is to bear its own respective costs and attorney's fees incurred herein, and this action shall be dismissed in its entirety with prejudice and removed from the Court's active docket.

ENTERED this the _____ day of _____, 2017.

_____
THOMAS B. RUSSELL, JUDGE
UNITED STATES DISTRICT COURT

HAVE SEEN AND AGREED TO:

| | |
|---|---|
| */s/ Dennis L. Null* | */s/ LaToi D. Mayo (w/ permission)* |
| Dennis L. Null | LaToi D. Mayo |
| Null, Samson & Paitsel | Littler Mendelson, P.S.C. |
| 423 East Broadway | 333 West Vine St., Ste. 1720 |
| P.O. Box 5040 | Lexington, KY 40507 |
| Mayfield, KY 42066 | |
| | |
| Attorney for the Plaintiff | Attorney for the Defendant |